1452

## MOTION DOCKET

**91–1351.** State v. Schaim. *Hamilton County,* No. C–900011. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant/cross-appellee's motion for leave to attend a seminar/meeting out of state,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied.

H. BROWN, J., dissents.

**92–679.** State, ex rel. Brown, v. Kovacic. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for stay,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied.

## MISCELLANEOUS DISMISSALS

**91–1712.** Horton v. United Ohio Ins. Co. *Guernsey County,* No. 90–CA–26. This cause, here on certification of conflict by the Court of Appeals for Guernsey County, was considered in the manner prescribed by law. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 24, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**92–490.** Jackson v. Jackson. *Cuyahoga County,* No. 59459. *Sua sponte,* cause dismissed for want of prosecution, effective April 24, 1992.

**92–521.** State v. Sharpley. *Cuyahoga County,* No. 59626. *Sua sponte,* cause dismissed for want of prosecution, effective April 24, 1992.

**92–544.** Ohio Dept. of Rehab. & Corr. v. Maurer. *Franklin County,* No. 91AP–1242. Cause dismissed, on appellants' application for dismissal.

## MOTION DOCKET

**92–261.** In re Application of Hatton. This cause is pending before the court upon the filing of a report in the Office of the Clerk of this court by the Board of Commissioners on Character and Fitness. Upon consideration of applicant's motion to expand the record,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

H. BROWN, J., dissents.

**92–797.** State v. Gordon. *Ashtabula County,* No. 92–A–1696. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Ashtabula County and as a claimed appeal as of right from said court. Upon consideration of appellant's motion for appellate bond,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied.